Lewis Jubran (CA Bar 337336)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate@abushararlaw.com
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abdulsalam Al-Rubaye;<br>Abdulsalam Abbas Al-Rubaye,<br><br>          Plaintiffs,<br><br>vs.<br><br>**United States Department of State, Antony Blinken,** Secretary of State of the United States, **Ian G. Brownlee,** Assistant Secretary of State for Consular Affairs; **Wendy Ruth Sherman,** Deputy Secretary of State; **Catherine Barry,** Senior Advisor at U.S. Department of State; **Jeffrey M. Hovenier,** Charge d'Affaires of U.S. Embassy in Ankara, Turkey, **United States Embassy in Ankara, Turkey; Christine Parker,** Chief, Outreach and Inquiries Division of Visa Services in the Department of State<br><br>          Defendants. | Case No.:<br><br>COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |

## **INTRODUCTION**

1.   This action is brought by Plaintiffs to compel Defendants and those acting under them to

take action on Plaintiff Abdulsalam Abbas Al-Rubaye's pending I-730 Refugee Asylee Relative

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF
IMMIGRATION MANDAMUS - 1

Petition which was submitted on April, 5, 2019 and interviewed at the Defendant United States

Embassy in Ankara, Turkey on February 8, 2022 and still has not received a decision.

2.   Plaintiff Abdulsalam Abbas Al-Rubaye is eligible to have his visa application

adjudicated.   Plaintiff Abdulsalam Abbas Al-Rubaye is the minor son of Plaintiff Abdulsalam

Al-Rubaye and is only 14 years old and is currently living in Ankara by himself without his

parent's protection.

3.   Plaintiff Abdulsalam Al-Rubaye submitted an I-730 Refugee Asylee Relative Petition on

behalf of Plaintiff Abdulsalam Abbas Al-Rubaye to USCIS which was subsequently approved on

March 23, 2021.   **(Exhibit A- I-797 Approval Notice)**.   Thereafter, on June 5, 2021, the

Defendant United States Defendant Department of State sent a notice to Plaintiff informing him

that the National Visa Center was in the process of arranging with Defendant United States

Embassy in Ankara, Turkey for the scheduling of his personal interview.  **(Exhibit B – June 5,**

**2021 letter from Defendant United States Department of State to Plaintiff Abdulsalam Al-**

**Rubaye)**.

4.   On January 28, 2022, Defendant United States Embassy in Ankara, Turkey sent an e-mail

to Plaintiff Abdulsalam Abbas Al-Rubaye informing him that his visa interview was scheduled

for February 8, 2022, at the United States Embassy in Ankara, Turkey and that he had to submit

a designated document, namely a response to a Supplemental Questionnaire.   **(Exhibit C –**

**January 28, 2022 e-mail to Plaintiff Abdulsalam Al-Rubaye).**

5.   Plaintiff Abdulsalam Abbas Al-Rubaye was interviewed at the U.S. Embassy in Ankara,

Turkey on February 8, 2022.  After the interview, he was told that he would have to submit a

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF
IMMIGRATION MANDAMUS - 2

DS-5535 Supplemental Questions form in order to have his visa application fully adjudicated. Therefore, on February 10, 2022, the undersigned counsel, on behalf of Abdulsalam Abbas Al-Rubaye, sent the completed DS-5535 form to the Defendant United States Embassy in Ankara, Turkey for adjudication of his pending I-730 application.  (**Exhibit D – February 8, 2022 email from United States Embassy in Ankara, Turkey and February 10, 2022 e-mail to Defendant United States Embassy in Ankara, Turkey**).

6.   On February 19, 2022, the undersigned counsel sent a courtesy follow-up email to the consular officer at the Defendant United States Embassy in Ankara, Turkey that was in charge of adjudicating the Plaintiffs I-730 application.   In that e-mail, the undersigned emphasized that Plaintiff Abdulsalam Abbas Al-Rubaye was a minor that was without his parents while he waited for the adjudication of his application.      In response, on February 22, 2022, the consular officer at the Embassy wrote to the undersigned counsel and informed that Plaintiffs' I-730 application was still undergoing administrative processing and that there was no time-frame on when the application would be completed.  (**Exhibit E- February 19, 2022 e-mail to Defendant United States Embassy in Ankara, Turkey and February 22, 2022 reply email**).

7.   Again, on March 17, 2022, the undersigned counsel wrote an e-mail to Defendant United States Embassy in Ankara, Turkey requesting that the adjudication of Plaintiffs pending I-730 be expedited on account of the fact that Plaintiff Abdulsalam Abbas Al-Rubaye was only a 14 year old minor separated from his parents by a very great distance and the ongoing panic and psychological trauma the separation was causing to both Plaintiffs.  (**Exhibit F- March 17,**

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 3

**2022 e-mail to Defendant United States Embassy in Ankara, Turkey** ).   There has been no reply to the undersigned's March 17, 2022 e-mail.

8.  Defendants have violated the Administrative Procedures Act ("APA") by failing to process and issue a final decision on Plaintiff's visa application which has been pending for over four months.  Plaintiffs seek to compel Defendants, through a writ of mandamus, to either grant or deny Plaintiff Abdulsalam Abbas Al-Rubaye's pending visa application.

## PARTIES

9.  Plaintiff ABDULSALAM AL-RUBAYE is the father of Plaintiff ABDULSALAM ABBAS AL-RUBAYE and on April 5, 2019 he filed an I-730 Refugee/Asylee Relative Petition on his behalf, which was thereafter duly approved on March 23, 2021.   On February 8,2022, Plaintiff ABDULSALAM ABBAS AL-RUBAYE had a visa interview at the US Embassy in Ankara, Turkey and the interview was satisfactorily concluded.  On February 10, 2022, he submitted the answers to supplemental questions on a DS-5535 form that was requested he complete to finish the administrative processing of his application.

10. Defendant UNITED STATES DEPARTMENT OF STATE (hereinafter "State Department") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Embassy in Ankara, Turkey, its Charge d' Affaires, and officers named as defendants in this complaint.

11. Defendant ANTONY BLINKEN (hereinafter "Secretary Blinken") is sued in his official capacity as the Secretary of State, as the head of the Department of State, as he is charged with

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 4

the administration and the enforcement of immigration and nationality laws relating to the powers, duties, and functions of diplomatic and consular officers of the United States.

12. Defendant IAN G. BROWNLEE (hereinafter "Acting Assistant Secretary Brownlee") is sued in his official capacity as the Assistant Secretary of State for Consular Affairs, as he is charged with oversight of all consular, including visa, matters.

13. Defendant WENDY RUTH SHERMAN (hereinafter "Deputy Secretary Sherman") is sued in her official capacity as the Deputy Secretary of State, as she is charged with acting as deputy to the Secretary of State, which deals with the enforcement of immigration and nationality laws, which includes duties and functions of diplomatic and consular officers of the United States.

14. Defendant CATHERINE BARRY (hereinafter "Senior Advisor at U.S. Department of State") is sued in her official capacity as the Senior Advisor of the U.S. Department of State, as she is charged with all matters relating to visas and the administration of visa-related laws.

15. Defendant JEFFREY M. HOVENIER (hereinafter "Charge D' Affaires Hovenier") is the Charge d' Affaires of the U.S. Embassy in Ankara, Turkey. This suit is brought against Charge D' Affaires Hovenier in his official capacity, as he is charged with matters relating to the consular affairs in the U.S. Embassy in Ankara, Turkey.

16. Defendant UNITED STATES EMBASSY IN ANKARA, TURKEY is a mission within Defendant Department of State and is involved in the acts challenged in this action. The United States Embassy in Ankara, Turkey is responsible for processing Plaintiff Abdulsalam Abbas Al-Rubaye's visa application.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 5

17. Defendant CHRISTINE PARKER (hereinafter "Chief Parker") is the Chief of Outreach and Inquiries in the Visa Division of Visa Services in the Department of State. This suit is brought against Chief Parker in her official capacity, as she is charged with all matters relating to inquiries in the Visa Division.

## JURISDICTION

18. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiffs suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending immigrant visa application for indefinite periods of time.

19. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

## VENUE

20. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 6

resides, so long as no real property is involved in the action.  Plaintiffs reside in Sacramento, California, which is located in the Eastern District of California.  No real property is involved in this action.  Therefore, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

21. Plaintiffs have no administrative remedies.  Plaintiffs have made numerous inquiries to the US Embassy in Ankara, Turkey since the interview on February 8, 2022, to no avail.  There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

22. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

23. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

24. Plaintiff Abdulsalam Al-Rubaye submitted an I-730 Refugee Asylee Relative Petition for his minor son Plaintiff Abdulsalam Abbas Al-Rubaye.   The Petition was for him to join him here in the United States based on his status in the United States as a permanent resident who had been granted asylum status.

25.  On March 23, 2021, USCIS approved the I-730 Refugee Asylee Relative Petition and then forwarded the immigrant visa case to the National Visa Center for further processing and

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 7

which was then forwarded to the U.S. Embassy in Ankara, Turkey to conduct the required visa interview.

26. On February 8, 2022, Plaintiff Abdulsalam Abbas Al-Rubaye was interviewed at the Defendant U.S Embassy in Ankara, Turkey.  Upon the conclusion of the interview, the consular officer requested that he submit answers to a DS-5535 Supplemental Questions for Visa Applicants so that the adjudication of his case could be completed.   On February 10, 2022, the undersigned counsel submitted the Response to the DS-5535  Supplemental Questions for Visa Applicants to the consular official at the Defendant U.S Embassy in Ankara, Turkey.

27. Since submitting the Response to the DS-5535 form, Plaintiffs have made multiple requests to the U.S. Embassy in Ankara, Turkey to ascertain the status of the pending application with no substantive responses.

28. Administrative processing, according to the Department of State website, takes around 60 days.  It has been over four months since the interview date.

29. From February of 2022 until now, Plaintiffs have corresponded with the US Embassy in Ankara, Turkey regarding a decision on the application, but no decision has been forthcoming.

30. The issuance or denial of visas is the responsibility of the consular officers and was conferred by the Immigration and Nationality Act of 1952. *Li Hing of Hong Kong, Inc. v. Levin*, 800 F.2d 970, 971 (9th Cir. 1986); 8 U.S.C. § 1201(a)(1)(2004); 8 U.S.C. §§ 1101(a)(9), (16) (2004).  The INA which governs visa processing "confers upon consular officers exclusive authority to review applications for visas." *Saavedra Bruno v. Albright,* 197 F.3d 1153, 1156 (D.C. Cir. 1999); INA § 201(b)(2)(A)(i).

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 8

31. No judicial or administrative review is available for a consular officer's decision to issue or deny a visa as this has been held to be a discretionary duty. *Patel v. Reno*, 134 F.3d 929, 931 (9th Cir. 1997); *Li Hing of Hong Kong, Inc.,* 800 F.2d at 971.

32. The Court in *Patel* established that the non-reviewability doctrine is inapplicable when a consular officer fails to follow his or her discretionary duties, and that failure to make a decision to issue or deny a visa is such a non-discretionary duty. *See Patel,* 134 F.3d at 931. The APA is to seek redress for unreasonable delays. Courts use factors to determine the unreasonable delays. *Telecommunications Research and Action Center v. FCC,* 750 F.2d 70 (D.C. Cir. 1984). The Court considers whether the time an agency takes to render a decision is governed by rule of law, where Congress has provided a time table, delays in the realm of economic regulation are less tolerable when human health and welfare are at stake, consideration of the effect of expediting delayed action on agency actions of higher or competing priority, nature and extent of interests prejudiced by delay, and the impropriety of agency lassitude is not required to find that the agency action has been unreasonably delayed. *Id.*

33. Per 22 C.F.R. § 42.81(a), action on a visa application by the consular officer is mandatory. The consular officer must either issue or refuse the visa. Under the State Department's Foreign Affairs Manual, Section 237 of Public Law 106-113 and subsequent legislation requires that the Department establish a policy under which immediate relative (and fiancé(e)) visas be processed within 30 days of receipt of the necessary information from the applicant and the Department of Homeland Security (DHS); all other family-based immigrant

visas (IV) must be processed within 60 days. The Department expects all posts to strive to meet the 30/60-day requirements." *See 9 FAM 504.7-2.*

## CLAIM FOR RELIEF

34. Plaintiffs' claim in this action is clear and certain. Plaintiffs' reallege paragraphs 1 through 33, and, as if fully set forth, Plaintiffs are entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and issue the visa for Plaintiff Abdulsalam Abbas Al-Rubaye.

35. As a result of Defendants' failure to perform their duties, Plaintiffs have suffered, are suffering, and will continue to suffer irreparable harm. Plaintiff Abdulsalam Abbas Al-Rubaye's life is completely in the hands of the Department of State during this interminable pendency of his application. Plaintiff Abdulsalam Abbas Al-Rubaye has been deprived of the substantial benefits of being able to join Plaintiff Abdulsalam Al-Rubaye in the safety of the United States. These benefits include ability to enter and stay in the United States, and right to work in the United States. Because of the unconscionable delay, Plaintiff Abdulsalam Abbas Al-Rubaye has been separated from his father for a very long time.

36. In failing to act on these applications, Defendants are acting directly in contradiction of the congressional intent, to promote family unity, for relatives of lawful permanent residents.

37. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R. 42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff Abdulsalam Abbas Al-Rubaye's immigrant visa application, and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to Plaintiffs' case.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 10

38. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate.

39. Plaintiffs have made numerous attempts to secure a final decision, all to no avail.  Only consular officers are able to make decisions on visa issuance or denial, leaving no adequate remedy.  Accordingly, Plaintiffs have been forced to pursue the instant action.

### **PRAYER**

40. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

     a.   Accept jurisdiction and maintain continuing jurisdiction of this action;

     b.   Declare as unlawful the violation by Defendants of failing to act on an approved relative petition, and properly filed visa application;

     c.   Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

     d.   Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff Abdulsalam Abbas Al-Rubaye's immigrant visa application, to notify them whether his application has been granted or denied, and if granted, of the procedures to be followed for the receipt of his visa;

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 11

e.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Abdulsalam Abbas Al-Rubaye's application by either approving or refusing said application, and if the application is refused, that the decision include justification to preclude the sense of retaliation for having brought this lawsuit or having exposed the Defendants' neglect;

f.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such other relief at law and in equity as justice may require.

Dated this June 24, 2022                    Respectfully Submitted,

                                            /s/ Lewis Jubran

                                            Lewis Jubran, Esq.
                                            Counsel for Plaintiffs

# LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS, Al-RUBAYE v. UNITED STATES DEPARTMENT OF STATE, et al.

| Exhibit | Description | Page |
|---|---|---|
| A | March 23, 2021 I-797 Approval Notice | 1 |
| B | June 5, 2021 Letter from U.S. Department of State to undersigned counsel | 2-3 |
| C | January 28, 2022 e-mail from e-mail from United States Embassy in Ankara, Turkey to Abdulsalam Abbas Al-Rubaye | 4-5 |
| D | February 8, 2022 e-mail from United States Embassy in Ankara, Turkey to Abdulsalam Abbas Al-Rubaye and reply e-mail attaching completed DS-5535 Supplemental Questions | 6-7 |
| E | February 19, 2022 e-mail to United States Embassy in Ankara and February 22, 2022 reply e-mail. | 8-9 |
| F | March 17, 2022 e-mail to United States Embassy in Ankara | 10 |

**EXHIBIT A**

**Department of Homeland Security**
U.S. Citizenship and Immigration Serv



**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>LIN1914150803 | | Case Type<br>I730 - REFUGEE ASYLEE RELATIVE PETITION |
|---|---|---|
| Received Date<br>04/05/2019 | Priority Date | Petitioner  A209 934 704<br>AL-RUBAYE, ABDULSALAM ABBOOD KADHIM |
| Notice Date<br>03/23/2021 | Page<br>1 of 1 | Beneficiary  A201 657 703<br>ALRUBAYE, ABBAS ABDULSALAM |

| | |
|---|---|
| ABDULSALAM ABBOOD KADHIM AL-RUBAYE<br>c/o AKRAM ABUSHARAR<br>ABUSHARAR AND ASSOCIATES<br>501 N BROOKHURST ST STE 202<br>ANAHEIM CA 92801 | **Notice Type:** Approval Notice |

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

Your Refugee/Asylee Relative Petition for the family member(s) listed on this notice has been approved in accordance with Section 208 of the Immigration and Nationality Act, and forwarded to the Department of State National Visa Center, 32 Rochester Ave., Portsmouth, NH 03801. This completes all USCIS action on this petition.

The Department of State will notify the U.S. Embassy or Consulate abroad having jurisdiction over the area where your relative(s) resides. The consular post will contact your relative(s) regarding procedures to be followed for travel to the United States.
**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Nebraska Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521

**USCIS Contact Center: www.uscis.gov/contactcenter**



**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**          Form I-797C  04/01/19

**EXHIBIT B**





ABUSHARAR, AKRAM
ABUSHARAR AND ASSOCIATES
501 N BROOKHURST ST STE 202
ANAHEIM   CA   92801
I-730 FTP

05-JUN-2021

| Form: | I-730, Refugee/Asylee Relative Petition |
|---|---|
| Beneficiary: | ALRUBAYE, ABBAS ABDULSALAM |
| Beneficiary A-Number: | 201657703 |
| USCIS Receipt Number: | LIN1914150803 |
| NVC Case Number: | ANK2021632005 |
| Case Type: | Asylee |

Dear ALRUBAYE, ABDULSALAM ABBOODK

The National Visa Center (NVC) received from U.S. Citizenship and Immigration Services (USCIS) an approved Form I-730 filed by ALRUBAYE, ABDULSALAM ABBOODK on behalf of ALRUBAYE, ABBAS ABDULSALAM. NVC will forward this petition to the U.S. Embassy or Consulate in ankara in preparation for the beneficiary's interview.  Please provide your family member with the instructions below.

**THE VISA INTERVIEW:**

When the U.S. embassy or consulate overseas receives your petition from NVC, they will contact ALRUBAYE, ABBAS ABDULSALAM with instructions on how to schedule an interview using the contact information provided on the Form I-730. If the consular staff is unable to reach the beneficiary, they will contact you. Please do not contact the embassy or consulate immediately upon receipt of this letter. It can take several weeks for your petition to reach the embassy and be reviewed by consular staff.

The beneficiary **must** be interviewed by a U.S. Department of State consular officer before being authorized to join you in the United States. The purpose of the interview is to confirm the beneficiary's identity and relationship to you, and to ensure that he or she is otherwise eligible to travel to the United States. **The beneficiary will need to bring the below listed items to the interview.**

2



**REQUIRED CIVIL DOCUMENTS:**

The beneficiary must bring the following items to the interview for the consular officer to review. Failure to bring these documents can delay his or her application to travel to the United States:

- All original supporting civil documents associated with this case, such as birth and marriage certificates;
- A certified English translation of any civil documents that are not in English;
- Six (6) passport-style photos that match the size requirements found online at https://travel.state.gov/content/travel/en/us-visas/visa-information-resources/photos.html; and
- A valid passport (if one is available).

For a list of required civil documents, please go online to **travel.state.gov/raftj** and select "Follow-To-Join Refugee and Asylee Processing at NVC." You will see a list under "Step 1: Collection of Civil Documents." Original documents will be returned to the beneficiary during or after the interview. **You do not need to submit these documents to NVC in advance of the interview.**

**IF CIVIL DOCUMENTS ARE NOT AVAILABLE:**

If documents are not obtainable, please ask the beneficiary to inform the consular section immediately to avoid delaying their interview. To find contact information for the U.S. embassy or consulate, go online to usembassy.gov. Using the map, click on the hemisphere or region where the interview will take place and then select ANKARA from the list of websites on the following page. The embassy's website will include its street address and contact information, as well as specific instructions for attending interviews.

**QUESTIONS:**

If you have general questions about immigration, please contact NVC by following the instructions online at nvc.state.gov/ask (English) or nvc.state.gov/ask/espanol (Spanish). For questions specific to the embassy's or consulate's interview requirements, please contact the U.S. embassy or consulate directly.

Sincerely,

Director
National Visa Center

CC: ABUSHARAR, AKRAM

**EXHIBIT C**

**Info**

| | |
|---|---|
| **From:** | Ankara-Public-IV <AnkaraIV@state.gov> |
| **Sent:** | Friday, January 28, 2022 4:28 AM |
| **To:** | Info; hibaalrubaye220@gmail.com; Akram |
| **Subject:** | Your immigrant visa appointment -- 08 February 2022 - ANK2021632005 |

*Embassy of the United States of America*
*Ankara, Turkey*

28-Jan-2022

Case Number: ANK2021632005

Dear Abbas Abdulsalam ALRUBAYE,

Further instructions regarding your visa interview appointment are detailed below.

## Interview Scheduled 08 FEBRUARY 2022 @ 09:15

You have been scheduled for an immigrant visa interview with the United States Embassy in Ankara, Turkey. Your interview time and date are listed next to each applicant's name.

**Please note that due to COVID-19 precautions, access to Mission Turkey facilities is limited to individuals who have been physically present in Turkey for at least 10 days. This also applies to our visa beneficiaries with appointments scheduled.**

Please note that failure to provide requested documents or information may lead to a consular officer rescheduling your interview or otherwise delay processing your case. If you need to edit your submitted DS-260 visa application (not applicable for V92 and V93 applicants), please notify the consular section using the contact form so that the changes may be saved before the interview day.

U.S. citizen petitioners are not required to attend the interview, and will not be allowed inside the Embassy at the time of the visa interview, **except for the adoption visa applications.**

**We would like to inform you that we have consular officers who can speak English, Turkish and Farsi. If you need to have your interview in another language, you can bring a sworn/certified translator with you on the day of your interview who speaks English and/or Turkish and your native language. Please provide your interpreter's full name, date of birth, copy of his/her ID card/passport bio page and copy of his/her certification by responding to this email before your interview. Please make sure that your interpreter will bring his/her original documents.**

All visa applicants are encouraged to read the visitor information link which lists materials are prohibited from being brought into the Embassy.

**\* If you have already submitted the documents listed below, you do not need to bring them again at the time of the interview.**

4

## Immediate attention required

Before we can continue processing your visa application, we need you to send the information and/or documents marked urgent to us.  No further action can be taken on your file before this information reaches our office.  We require a response within 20 days.  Late responses may cause additional delays in processing your case.

## Details for each applicant

**Applicant 1: Abbas Abdulsalam ALRUBAYE**
*Status: Need Info*
Documents and/or Actions Required:

* Supplemental Questions for Visa Applicants - DS-5535 (Electronic submission),
  After the interview, your file may be subject to additional administrative processing. In that case, you will be requested to complete the form DS-5535. If you would like to prepare the form in advance, you may complete the form in Microsoft Word format and email this information to ankaraivAP@state.gov and provide your case number in your email message. Please do not leave any answers blank and use extra space if the answers do not fit in the space provided. Failure to provide the information will cause delay in the processing of your case. Important: Unfortunately, we cannot process the DS-5535 form in jpg or pdf format. Please fill out the attached form in Microsoft Word format, do not use charts/graphs on the form, do not change the format and send it to: ankaraivap@state.gov.

Sincerely,
Immigrant Visa Unit
U.S. Embassy Ankara

## Important Notice

You should not make permanent financial commitments, such as selling your house, car or property, resigning from your job or making non-refundable flight or other travel arrangements until you have received your immigrant visa.

## Links

3

**EXHIBIT D**

## Info

| | |
|---|---|
| **From:** | Info |
| **Sent:** | Thursday, February 10, 2022 10:03 AM |
| **To:** | ankaraivap@state.gov; ankaraivap@state.gov |
| **Cc:** | Akram; Assistant; assistant3; Hiba AlRubaye |
| **Subject:** | ANK2021632005- Abbas Abdulsalam ALRUBAYE |
| **Attachments:** | Supplemental Questions For Visa Applicants  - March 2018 Abbas.docx |

**Case #:**          **ANK2021632005**
**Applicant 1:**     **Abbas Abdulsalam ALRUBAYE**
**D.O.B.:**          **14 NOV 2006**

**Dear Honorable Consular Officer,**

As per your request, Please find attached Form DS-5535- Supplemental Questions for Visa Applicants.

Looking forward to hearing from you.

Respectfully,

Akram Abusharar, Esq.

Abusharar and Associates
501 N. Brookhurst Street. Ste 202
Anaheim, CA 92801
Phone #: (714)535-5600
Fax #: (714) 535-5605
Facebook: Abusharar and Associates

**From:** Ankara-Public-IV <AnkaraIV@state.gov>
**Sent:** Tuesday, February 8, 2022 6:02 AM
**To:** Info <info@abushararlaw.com>
**Subject:** Your pending immigrant visa case -- 08 February 2022 - ANK2021632005

*Embassy of the United States of America*
*Ankara, Turkey*

08-Feb-2022

Case Number: ANK2021632005

Dear Abbas Abdulsalam ALRUBAYE,

1

6

Further instructions regarding the status of your visa case are detailed below.

## Immediate attention required

Before we can continue processing your visa application, we need you to send the information and/or documents marked urgent to us. No further action can be taken on your file before this information reaches our office. We require a response within 20 days. Late responses may cause additional delays in processing your case.

## Details for each applicant

**Applicant 1: Abbas Abdulsalam ALRUBAYE**
*Status: Need Info*
Documents and/or Actions Required:

- Supplemental Questions for Visa Applicants - DS-5535 (Electronic submission),

  After the interview, your file may be subject to additional administrative processing. In that case, you will be requested to complete the form DS-5535. If you would like to prepare the form in advance, you may complete the form in Microsoft Word format and email this information to ankaraivAP@state.gov and provide your case number in your email message. Please do not leave any answers blank and use extra space if the answers do not fit in the space provided. Failure to provide the information will cause delay in the processing of your case. Important: Unfortunately, we cannot process the DS-5535 form in jpg or pdf format. Please fill out the attached form in Microsoft Word format, do not use charts/graphs on the form, do not change the format and send it to: ankaraivap@state.gov.

Sincerely,

Immigrant Visa Unit
U.S. Embassy Ankara

## Important Notice

You should not make permanent financial commitments, such as selling your house, car or property, resigning from your job or making non-refundable flight or other travel arrangements until you have received your immigrant visa.

## Links

| Status Check | Contact Form | Visa Bulletin |
|---|---|---|
| Courier Info | Consular Schedule | Visitor Info |

SENSITIVE BUT UNCLASSIFIED

**EXHIBIT E**

**Info**

| | |
|---|---|
| **From:** | Ankara-Public-IV <AnkaraIV@state.gov> |
| **Sent:** | Tuesday, February 22, 2022 5:46 AM |
| **To:** | Info |
| **Cc:** | Akram; Assistant; Hiba AlRubaye |
| **Subject:** | Re: Your pending immigrant visa case -- 08 February 2022 - ANK2021632005 |

Dear Sir/Madam,

The case is still undergoing the required administrative processing. Please be assured that your case will progress as rapidly as permitted by law. We kindly ask you not to check your case status through any link as the links can't be updated, do not reflect the current status of the case and can be confusing. **As soon as the result is received, we will notify you by email. Unfortunately, it is not technically possible for us to inform you the additional time it may require.**

We recognize that individual applicants may experience inconvenience and hardship if their application takes longer to process than they expected. We are doing everything possible to meet the legitimate needs of prospective travelers consistent with our security and legal responsibilities. **We will contact you by email if we need any additional information or documentation that could expedite or finalize the processing.**

Sincerely,

Immigrant Visa Unit
Consular Section
U.S. Embassy Ankara

**From:** Info <info@abushararlaw.com>
**Sent:** Saturday, February 19, 2022 12:04 AM
**To:** Ankara-Public-IV <AnkaraIV@state.gov>
**Cc:** Akram <akram@abushararlaw.com>; Assistant <assistant2@abushararlaw.com>; Hiba AlRubaye <hibaalrubaye220@gmail.com>
**Subject:** RE: Your pending immigrant visa case -- 08 February 2022 - ANK2021632005

Dear Honorable Consular Officer,

This is a courtesy follow up email. The applicant submitted the DS-5535 on February 10, 2022. We kindly ask to expedite the processing of the case. The minor child is devastated without his parents and the prolong separation has caused tremendous psychological impact on the child and also his parents.

Looking forward to hearing from you!

Respectfully,

Akram Abusharar, Esq.

Abusharar and Associates
501 N. Brookhurst Street. Ste 202
Anaheim, CA 92801
Phone #: (714)535-5600
Fax #: (714) 535-5605
Facebook: Abusharar and Associates

**From:** Ankara-Public-IV <AnkaraIV@state.gov>
**Sent:** Tuesday, February 8, 2022 6:02 AM
**To:** Info <info@abushararlaw.com>
**Subject:** Your pending immigrant visa case -- 08 February 2022 - ANK2021632005

*Embassy of the United States of America*
*Ankara, Turkey*

08-Feb-2022

Case Number: ANK2021632005

Dear Abbas Abdulsalam ALRUBAYE,

Further instructions regarding the status of your visa case are detailed below.

2

**EXHIBIT  F**

Info

| | |
|---|---|
| **From:** | Info |
| **Sent:** | Thursday, March 17, 2022 10:24 AM |
| **To:** | Ankara-Public-IV |
| **Cc:** | Akram; Hiba AlRubaye |
| **Subject:** | Requesting an expedited request due to Humanitarian Reasons |
| **Attachments:** | Medications - Parent.pdf |

Case Number: ANK2021632005
    Petitioner: ALRUBAYE, ABDULSALAM ABBOODK

    Beneficiary:  ALRUBAYE, ABBSA ABDULSALAM
    D.O.B: 14 NOV 2006

Dear Officer:

This is a courtesy follow up email.  We understand that administrative processing will progress as permitted by law. However, in this case, we are kindly asking that you expedite this particular case due to humanitarian concerns which have severely affected both the Applicant minor child and the elderly petitioner (his mother).  Those humanitarian concerns are as follows:

- The minor applicant child is 14 years of age and cannot stay alone away from his family since he is not working and cannot financially support himself.
- The tremendous trauma that has affected the child through the prolonged separation from his parents.
- The tremendous psychological impact on the child and his parents.
- The potential abuse as a victim of crime and human trafficking that may occur while is alone without his family.
- The health condition of his mother in the US that has affected her life because of the separation from her minor child and her concern for his life.
- The severe trauma/panic that the petitioner is currently experiencing.
- The Petitioner needing the beneficiary to care for her due to her health concerns.

We kindly ask you to take into consideration these humanitarian concerns. Please find attached a medical report about the Petitioner's condition.

Akram Abusharar,Esq

Abusharar and Associates
501 N. Brookhurst Street. Ste 202
Anaheim, CA 92801
Phone #: (714)535-5600
Fax #: (714) 535-5605
Facebook: Abusharar and Associates

10