PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULSALEM AL-RUBAYE, ET AL. | CASE NO. 2:22-CV-01092-TLN-KJN |
| Plaintiffs, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| U.S. DEPARTMENT OF STATE, ET AL., | |
| Defendants. | |

    The United States respectfully requests an additional 60-day extension of time in which to respond to the Complaint, and counsel for plaintiff does not oppose.

    This case concerns Plaintiff's visa application, which has been pending since April 5, 2019. The consular officer recently requested documents from the applicant. Upon submission of the additional documents, the parties anticipate that the consular officer will be able to complete the adjudication, thereby rendering this lawsuit moot.

///

///

///

///

///

1

The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is October 28, 2022.  The parties further request that all other filing deadlines be similarly extended.

Dated:  August 18, 2022

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ LEWIS G. JUBRAN
LEWIS G. JUBRAN
Counsel for Plaintiff

ORDER

**IT IS SO ORDERED.**

DATED: August 18, 2022

Troy L. Nunley
United States District Judge